UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENIECE SIMMONS,**

    **Plaintiff,**

  **v.**                                                    Case No. 6:25-cv-423-CEM-NWH

**INSIGHT GLOBAL, LLC,**

    **Defendant.**

                                           /

**ORDER**

THIS CAUSE is before the Court on a Joint Renewed Motion to Approve an FLSA Settlement ("Motion," Doc. 34). The United States Magistrate Judge issued a Report and Recommendation (Doc. 35), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72 and noting that the parties filed a Joint Notice of Non-Objection (Doc. 36), the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 34) is **GRANTED**.

3. The Settlement Agreement (Doc. 34-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record